IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01213-BNB

STEFFAN LEWIS WARREN,

    Plaintiff,

v.

SCHULER ENTERPRISES, INC., D/b/a/ GAME STOP,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 1, 2010, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2010

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01213-BNB

James Abrams
Attorney at Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6\1\10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk