FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 7 - 2010
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01213-RPM-CBS

STEFFAN LEWIS WARREN,

    Plaintiff,

v.

SCHULER ENTERPRISES, INC., D/b/a/ GAME STOP,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: <u>June 3, 2010</u>

                BY THE COURT:

                s/Richard P. Matsch

                _____
                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01213-RPM-CBS

James Abrams
Johanna L. Brammer-Hoelter
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Schuler Enterprises, Inc., d/b/a Game Stop

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Schuler Enterprises, Inc., d/b/a Game Stop: COMPLAINT FILED 05/26/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on   6/7/10  .

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                          Deputy Clerk