IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01213-RPM

STEFFAN LEWIS WARREN,

    Plaintiff,

v.

GAMESTOP, INC. d/b/a GAMESTOP OF MINNESOTA, INC., and GAMESTOP CORP.,

    Defendants.
_____

**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER**
_____

THE COURT, having reviewed Defendants' Unopposed Motion for Leave to File Amended Answer (Docket No. 24), having reviewed the file, and being fully advised, DOES HEREBY ORDER that the Unopposed Motion for Leave to File Amended Answer be, and the same is, hereby GRANTED, and said Amended Answer is to be considered filed as of this date.

THIS ORDER ENTERED the 6th day of December, 2010.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge