IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01213-RPM

STEFFAN LEWIS WARREN,

      Plaintiff,

v.

GAMESTOP, INC. d/b/a GAMESTOP OF MINNESOTA, INC.,

      Defendant.
_____

## ORDER APPROVING STAY OF PROCEEDINGS
_____

      Upon review of the parties' Stipulated Motion for Stay of Proceedings [29] filed May 11, 2011, it is,

      ORDERED that this matter is stayed for 30 days.  In the event that additional stay is requested, counsel must file a status report on or before June 13, 2011, as to same.

      Done this 12th of May, 2011.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge