IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01213-RPM

STEFFAN LEWIS WARREN,

     Plaintiff,

v.

GAMESTOP, INC. d/b/a GAMESTOP OF MINNESOTA, INC.,

     Defendant.
_____

## ORDER FOR DISMISSAL, WITH PREJUDICE
_____

     Pursuant to the parties' Stipulated Motion to Dismiss, with Prejudice (Docket No. 31), it is

     ORDERED that this action is dismissed, with prejudice, with each party to pay their own costs and fees.

     DATED: June 9th, 2011

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge